IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

UNITED STATES OF AMERICA                                            PLAINTIFF

v.                                          No. 2:93CV00133 GH

ANTHONY WILLIAMS, GLADYS
WILLIAMS and DELTA ENERGY
MANAGEMENT COMPANY (Mon-Ark
Timber Service Company), and
SCROGGINS LOGGING CORPORATION                                       DEFENDANTS

## ORDER CONFIRMING MARSHAL'S SALE OF TRACTS II & III

Now on this day there is presented to the Court the Report of Sale of Tracts II and III of the Clifton T. Massanelli, Supervisory Deputy U.S. Marshal for the Eastern District of Arkansas, made pursuant to the judgment entered in the above-captioned case on October 11, 1994.  It appears to the satisfaction of the Court that the time, terms and place of said sale were advertised as required by law in a newspaper regularly issued and having general circulation in Phillips County, Arkansas, for four consecutive weeks, the last publication being on June 22, 2006, and that said sale was held at Helena, Arkansas, on July 6, 2006, at 10:30 a.m., in conformity with the judgment of this Court.  At such sale Anthony Williams and Dorothy Farr bid the sums of $99,100.00 and $15,100.00 which were then sold to Anthony Williams and Dorothy Farr.  Anthony Williams was unable to pay the money.  Dorothy W. Farr paid the sum of  $118,987.20 for Tracts II and III, requesting the Deed be made to **Earl Farr, Jr. and Dorothy W. Farr**, husband and wife.

IT IS, THEREFORE, ORDERED that the actions of the Supervisory Deputy U.S. Marshal in advertising and making such sale be, and the same are in all respects, approved by the Court, and the purchase price of $99,100.00 for Tract II and $15,100.00 for Tract III, less the approved expense items, shall be paid to the United States of America, and U.S. Department of Agriculture, Farm Service Agency. The expense items reported by the Supervisory Deputy U.S. Marshal in the amount of $661.82 are hereby approved by the Court.

The Marshal's Deed, submitted with his report of sale, has been approved as evidenced by an order separately entered in conformity with local practice, with copy of the Marshal's Deed attached thereto. The Supervisory Deputy U.S. Marshal is directed forthwith to deliver the deed to the purchasers named in his report of sale and that they be given possession of said property on demand. The Clerk of this Court is authorized and directed to issue proper writs of assistance upon application therefore, directed to the United States Marshal's Office, who shall proceed to place the purchasers in possession of the property.

DATED: January 12, 2007.

_____
UNITED STATES DISTRICT JUDGE