**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**v.**                                    **No. 2:93CV00133 GH**

**ANTHONY WILLIAMS, GLADYS**
**WILLIAMS and DELTA ENERGY**
**MANAGEMENT COMPANY (Mon-Ark**
**Timber Service Company), and**
**SCROGGINS LOGGING CORPORATION**                              **DEFENDANTS**

**ORDER OF DISTRIBUTION**

On July 6, 2006, at 10:30 a.m., at the front entrance of the Phillips County Courthouse,

Helena, Arkansas, the Supervisory Deputy U.S. Marshal offered for sale the lands described

in the judgment entered on October 11, 1994.  At such sale, Marty Bennett was the highest and

best bidder for Tract 1 and paid $80,414.33 on Tract 1.  Anthony Williams and Dorothy Farr

were the highest and best bidders for Tracts 2 and 3 (Anthony Williams was unable to pay) and

Dorothy W. Farr paid $118,987.20 on Tracts 2 and 3.

The U.S. Marshal's Office received a total of **$199,401.53** for payment in full.  In

accordance with the terms of the judgment, it is hereby ORDERED that the U.S. Marshal's

Office transfer the above-mentioned funds to the U.S. Department of Agriculture, Farm Service

Agency, 3416 Federal Building, 700 West Capitol, Little Rock, AR  72201, and notify Fletcher

Jackson, Assistant United States Attorney, by sending copy of same.

DATED: January 12, 2007.

_George Howard, Jr._
UNITED STATES DISTRICT JUDGE