IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          No. 2:93CV00133 GH

ANTHONY WILLIAMS, GLADYS
WILLIAMS and DELTA ENERGY
MANAGEMENT COMPANY (Mon-Ark
Timber Service Company), and
SCROGGINS LOGGING CORPORATION                               DEFENDANTS

## ORDER APPROVING MARSHAL'S DEED ON TRACTS II & III

On this day Clifton T. Massanelli, Supervisory Deputy U.S. Marshal for the Eastern District of Arkansas, produces to the Court his deed to **Earl Farr, Jr. and Dorothy W. Farr**, husband and wife, the purchasers of the real property described in said deed, and upon examination of said deed, the same is, in all things, approved. A copy of the Marshal's Deed is attached hereto, and the Clerk of this Court is directed to file one copy of the Marshal's Deed together with this Order.

And the said Clifton T. Massanelli, Supervisory Deputy U.S. Marshal acknowledges that he has executed said deed to the purchasers for the consideration and purposes therein mentioned and set forth; and it is ORDERED by the Court that a copy of this order be attached to said deed and certified by the Clerk under the seal of this Court to the end that the same may be entitled to record.

DATED: January 12, 2007.

_____
UNITED STATES DISTRICT JUDGE